# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAMUR NASIMOV,** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | NO. 25-7420 |
| **v.** | : | |
| | : | |
| **JAMAL L. JAMISON,** *Warden of* | : | |
| *Philadelphia Detention Center, et al.,* | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this 13th day of January 2026, upon consideration of Petitioner Mamur Nasimov's ("Mr. Nasimov" or "Petitioner") *petition for writ of habeas corpus* ("Petition"), (ECF 1), Respondents' response in opposition, (ECF 4), and Petitioner's reply, (ECF 5), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Mr. Nasimov's Petition is **GRANTED**, as follows:

1. Mr. Nasimov is not subject to mandatory detention set forth in Title 8 U.S.C. § 1225(b)(2), and is, instead, subject to detention, if at all, pursuant to the discretionary provisions of Title 8 U.S.C. § 1226(a);
2. Within *five days* from the date of this Order, Respondent Jamison (or the current Director the ICE Philadelphia Field Office) shall provide Mr. Nasimov with a bond hearing in accordance with Title 8 U.S.C. § 1226(a);
3. Should the immigration judge deny bond, Respondent Jamison (or the current Director the ICE Philadelphia Field Office) shall provide Mr. Nasimov the opportunity to appeal that decision to the BIA.
4. Pending the ordered bond hearing, the Government *cannot* remove, transfer, or otherwise facilitate the removal of Mr. Nasimov from the Eastern District of Pennsylvania (the "District") before the ordered bond hearing. If the immigration judge determines that Mr. Nasimov is subject to detention under Title 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Mr. Nasimov, if unforeseen or emergency circumstances arise that requires him to be removed from the District. Any such request must include and explanation, the legal basis for the request as well as a proposed destination. This Court will consider and rule on the request.
5. *The failure to provide a bond hearing within the five days ordered, will result in Mr. Nasimov's immediate release.*

The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:
*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*