# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAMUR NASIMOV,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | **NO. 25-7420** |
| **v.** | : | |
| | : | |
| **JAMAL L. JAMISON,** *Warden of* | : | |
| *Philadelphia Detention Center, et al.,* | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this 15th day of January 2026, upon consideration of the Government's letter dated January 15, 2026, (ECF 8), it is hereby **ORDERED** that:

1. For the *sole* purpose of complying with the January 13, 2026 **ORDER** requiring the Government to provide Mr. Nasimov a bond hearing in accordance with Title 8 U.S.C. § 1226(a), the Government may transfer Mr. Nasimov outside of the Eastern District of Pennsylvania to the Moshannon Valley Processing Center, where the Government can facilitate such hearings;

2. Should Mr. Nasimov be denied bond, he is to be returned to the Federal Detention Center within the Eastern District of Pennsylvania, and allowed tom file an appeal to BIA;

3. The remainder of this Court's January 13, 2026 **ORDER** remains in effect.

The Government is reminded that failure to provide a bond hearing within the five days ordered will result in Mr. Nasimov's immediate release.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*