# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAMUR NASIMOV,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | **NO. 25-7420** |
| **v.** | : | |
| | : | |
| **JAMAL L. JAMISON,** *Warden of* | : | |
| *Philadelphia Detention Center*, *et al.*, | : | |
| *Respondents.* | : | |

## ORDER

     **AND NOW**, this 16th day of January 2026, upon consideration of the Government's letter dated January 16, 2026, (ECF 10), requesting a three-day extension of the deadline to hold a bond hearing in accordance with Title 8 U.S.C. § 1226(a) in compliance with this Court's January 13, 2026 **ORDER**, it is hereby **ORDERED** that the request is **GRANTED**. Accordingly, the Government must hold the ordered bond hearing by no later than January 21, 2026. *Failure to comply with this order will result in Mr. Nasimov's immediate release*.

                 **BY THE COURT:**

                 /s/ *Nitza I. Quiñones Alejandro*
                 **NITZA I. QUIÑONES ALEJANDRO**
                 *Judge, United States District Court*